**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:

        Joann McCune

             Debtor(s)

Case No. 10 B 45487

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

      Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

      1)  The case was filed on 10/11/2010.

      2)  The plan was confirmed on 12/20/2010.

      3)  The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 12/12/2011.

      4)  The trustee filed action to remedy default by the debtor in performance under the plan on 10/11/2011.

      5)  The case was Converted on 11/15/2012.

      6)  Number of months from filing to last payment: 22.

      7)  Number of months case was pending: 31.

      8)  Total value of assets abandoned by court order:  NA .

      9)  Total value of assets exempted:  NA .

      10) Amount of unsecured claims discharged without payment: $0.00.

      11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $15,909.00 | |
| Less amount refunded to debtor | $0.00 | |
| **NET RECEIPTS:** | | **$15,909.00** |

## Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $2,760.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $787.36 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$3,547.36** |

Attorney fees paid and disclosed by debtor:          $0.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Activity Collection Svc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Bally Total Fitness | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Cavalry Portfolio Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chase | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chela Financial Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chela Financial Inc | Unsecured | 245.00 | NA | NA | 0.00 | 0.00 |
| Chicago Post Office Employees CU | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chicago Post Office Employees CU | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chicago Post Office Employees CU | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chicago Post Office Employees CU | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chicago Post Office Employees CU | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chicago Post Office Employees CU | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chicago Post Office Employees CU | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chicago Post Office Employees CU | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chicago Post Office Employees CU | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chicago Post Office Employees CU | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Credit Protection Association | Unsecured | 78.00 | NA | NA | 0.00 | 0.00 |
| Credit Protection Association | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Fashion Bug | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Fashion Bug | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Ffcc Columbus Inc | Unsecured | 86.00 | NA | NA | 0.00 | 0.00 |
| GEMB | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GEMB | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GEMB | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GEMB | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GEMB | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Great American Finance Company | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Nationwide Credit & Collection | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Nationwide Credit & Collection | Unsecured | 212.00 | NA | NA | 0.00 | 0.00 |
| Nationwide Credit & Collection | Unsecured | 82.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Nationwide Credit & Collection | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| Nationwide Credit & Collection | Unsecured | 440.00 | NA | NA | 0.00 | 0.00 |
| Nationwide Credit & Collection | Unsecured | 135.00 | NA | NA | 0.00 | 0.00 |
| Nationwide Credit & Collection | Unsecured | 130.00 | NA | NA | 0.00 | 0.00 |
| Nationwide Credit & Collection | Unsecured | 71.00 | NA | NA | 0.00 | 0.00 |
| Nationwide Credit & Collection | Unsecured | 95.00 | NA | NA | 0.00 | 0.00 |
| Nationwide Credit & Collection | Unsecured | 217.00 | NA | NA | 0.00 | 0.00 |
| Nationwide Credit & Collection | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| Nationwide Credit & Collection | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Nationwide Credit & Collection | Unsecured | 89.00 | NA | NA | 0.00 | 0.00 |
| Nationwide Credit & Collection | Unsecured | 245.00 | NA | NA | 0.00 | 0.00 |
| Nationwide Credit & Collection | Unsecured | 74.00 | NA | NA | 0.00 | 0.00 |
| Nationwide Credit & Collection | Unsecured | 68.00 | NA | NA | 0.00 | 0.00 |
| Pentagroup Financial, LLC | Unsecured | 763.00 | NA | NA | 0.00 | 0.00 |
| Peoples Energy Corp | Unsecured | 1,218.00 | 1,356.61 | 1,356.61 | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 770.00 | 786.36 | 786.36 | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 711.00 | 737.00 | 737.00 | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 784.00 | 734.64 | 734.64 | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 160.00 | NA | NA | 0.00 | 0.00 |
| Residential Credit Solutions Inc | Secured | 176,000.00 | 171,351.30 | 171,351.30 | 0.00 | 0.00 |
| Residential Credit Solutions Inc | Secured | 180,000.00 | 9,299.60 | 9,000.00 | 1,362.27 | 0.00 |
| Resurgent Capital Services | Unsecured | NA | 128.92 | 128.92 | 0.00 | 0.00 |
| Sallie Mae | Unsecured | NA | 246.29 | 246.29 | 0.00 | 0.00 |
| ShoreBank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ShoreBank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Springleaf Financial Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Springleaf Financial Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Springleaf Financial Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Springleaf Financial Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Target National Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TNB Card | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| United Collection Bureau Inc | Unsecured | 66.00 | NA | NA | 0.00 | 0.00 |
| Urban Partnership Bank | Unsecured | NA | 171,286.95 | 171,286.95 | 0.00 | 0.00 |
| Wells Fargo Bank NA | Unsecured | NA | 3,871.03 | 3,871.03 | 0.00 | 0.00 |
| Wells Fargo Bank NA | Secured | 9,696.13 | 6,875.00 | 11,100.00 | 5,628.87 | 715.30 |
| Wells Fargo Dealer Services | Unsecured | 12,945.00 | 4,579.68 | 4,579.68 | 0.00 | 0.00 |
| Wells Fargo Dealer Services | Secured | 8,723.21 | 4,000.00 | 7,675.00 | 4,221.79 | 433.41 |
| WFNNB | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Wyrhsr Mtg | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $171,351.30 | $0.00 | $0.00 |
| Mortgage Arrearage | $9,000.00 | $1,362.27 | $0.00 |
| Debt Secured by Vehicle | $11,100.00 | $5,628.87 | $715.30 |
| All Other Secured | $7,675.00 | $4,221.79 | $433.41 |
| **TOTAL SECURED:** | **$199,126.30** | **$11,212.93** | **$1,148.71** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$183,727.48** | **$0.00** | **$0.00** |

| Disbursements: | |
|---|---|
| Expenses of Administration | $3,547.36 |
| Disbursements to Creditors | $12,361.64 |
| | |
| **TOTAL DISBURSEMENTS** : | **$15,909.00** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 05/23/2013                    By: /s/ Marilyn O. Marshall
                                         Trustee

STATEMENT: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**